**FILED - LN**
April 8, 2021 12:52 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __eod__ /_____   SCANNED BY_____

**1:21-cv303**

**Paul L. Maloney,**
**United States District Judge**

**usa0432@fedex.com**

| | |
|---|---|
| **From:** | Robert Hollingsworth <hollingsworth.robert@ymail.com> |
| **Sent:** | Thursday, April 8, 2021 12:07 PM |
| **To:** | usa0432@fedex.com |
| **Subject:** | [EXTERNAL] Fw: Letter |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

On October 2, 2019 at approximately 11:00 am; I the plaintiff Robert Hollingsworth III entered into the City Rescue Mission building located at 601 N Larch St, Lansing, MI 48912 to check on two separate job applications I had previously submitted. Once entering the building I approached the front desk for assistance and was met by a staff member by the name of Randy Barton. Randy was rude to me and seemed as if he didn't want to assist me or answer any of my questions. I then at approximately 11:06 am October 2, 2019 decided to start video recording Mr. Barton because of the unfair treatment I was receiving. He then told me that there was an issue on my applications concerning a religious question asking how I came to Christ. I then explained how I was uncomfortable about answering the question and wasn't really sure how to answer it. However, Mr. Barton seemed very uncomfortable about the things I was asking him and treated me as if I were a criminal. He insisted that I go home and fill out another application online but also mentioned that I still would not be hired either way. I continued to video record Mr. Barton and attempted to keep asking him question. He then said the conversation was over, threatened to call the authorities and told me I wasn't wanted on the premises any longer. I have a right to file suit for being denied employment over religion according to Title VII of the Civil Rights Act of 1964. Title VII of the Civil Rights Act, as amended, protects employees and job applicants from employment discrimination based on race, color, religion, sex and national origin. Title VII protection covers the full spectrum of employment decisions, including recruitment, selections, terminations,

1

and other decisions concerning terms and conditions of employment. *See* EEOC guidance on race/color, religion, sex, sexual harassment, pregnancy, and national origin discrimination.
I have suffered punitive damages and I'm requesting $20,000,000.00 in relief

*Robert Hollyprimouth*

2505 Showetime Dr.
Apt #320
Lansing, MI 48912