UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT HOLLINGSWORTH, )
        Plaintiff, )
) No. 1:21-cv-303
-v- )
) Honorable Paul L. Maloney
CITY RESCUE MISSION, )
        Defendant. )
)

## JUDGMENT

The Court has dismissed all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 10, 2021                                          /s/ Paul L. Maloney
                                                                                             Paul L. Maloney
                                                                                             United States District Judge